UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOYCE A. KUZMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 04-87-B-W |
| | ) |
| HANNAFORD BROS. CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed May 2, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant Hannaford's Motion for Summary Judgment (Docket No. 21) be and hereby is GRANTED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 20th day of May, 2005